Filing # 123955030 E-Filed 03/29/2021 04:24:30 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

JOSEPH & SARAH CALI,

    Plaintiff,

v.                                                                            CASE NO.:

METROPOLITAN CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff, JOSEPH & SARAH CALI (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby sues Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY (hereinafter "Defendant"), and alleges as follows:

### COMMON ALLEGATIONS
### Jurisdiction & Parties:

1.    This is an action for damages in excess of $30,000.00, exclusive of interest, fees, and costs, and therefore jurisdiction is with this Court.

2.    This action is for a property insurance dispute regarding insurance that covers a piece of real property located within COLLIER County with an address of 5429 Guadeloupe Way, Naples, FL 34119 (hereinafter "Property"), and therefore is within jurisdiction of this Court.

3.    The Property is owned by JOSEPH & SARAH CALI (hereinafter "Homeowner").

4.    This is an action concerning a residential policy of insurance for the above Property. Delivery of the Policy was made in the state of Florida. Therefore, jurisdiction is with this Court.

5.    As detailed more fully herein, Defendant, through its agents, breached the policy of insurance in Florida, and therefore is in the jurisdiction of this Court.

6.    The Defendant issued the residential policy that covered the Property.

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 03/29/2021 04:24:30 PM

7. Defendant's payments for the loss will be made in this County. Therefore, jurisdiction is proper with this Court.

## Background Facts:

8. The policy issued by Defendant that covered the Property has a **policy number** of **1470170433**. (hereinafter "Policy.") A certified copy of the policy is attached as "Exhibit A" and incorporated herein for the purpose of showing that Defendant had extended insurance to cover the Property.

9. The Homeowner procured insurance and has timely paid the premiums due under the Policy and followed all of its obligations under the Policy to be covered in case of need.

10. On or about 09/10/2017, the Property suffered extensive damage in excess of the deductibles contained in the Policy. Damages occurred as a result of Hurricane Irma. Said damages are covered under the Policy of insurance issued by Defendant.

11. The Homeowner, and later Plaintiff and its agents, timely reported the loss to Defendant and requested coverage under the Policy.

12. Defendant's assigned claim number is **JDH96458 O9**.

13. Now that the Property has suffered a covered loss that needs to be repaired, Defendant refuses to indemnify the Homeowner for the damages covered under the Policy.

14. At all times, the Homeowner and its agents have complied with all requests and demands of Defendant.

15. Plaintiff has provided detailed estimates showing the amount of money due and owing under the policy.

16. Defendant has refused to pay the amount of money due under the Policy and has therefore, underpaid for the loss.

17. Plaintiff has been damaged by Defendant's failure to the pay the amounts due and owing under the Policy.

18. All conditions precedent to this action have been complied with, substantially complied with, or waived. Defendant has suffered no prejudice.

## COUNT 1 – BREACH OF CONTRACT

19. Plaintiff re-avers and re-alleges paragraphs 1-18, as if fully alleged herein.

20. The Policy covered the losses to the Property.

21. The Policy is a contract that exists between the Homeowner and Defendant.

22. The Policy required Defendant to pay the amount of money necessary to restore the Property to its pre-loss condition.

23. Defendant has failed to provide all payments due under the Policy for the loss.

24. Defendant's failure to pay on this loss is a breach of the contract.

25. Defendant's breach has caused ongoing damages to the Property and to Plaintiff.

26. As a result of the breach, Plaintiff had to retain the undersigned attorney and firm, and has agreed to pay a reasonable fee for which Defendant is liable under *Fla. Stat. 627.428*.

**WHEREFORE,** Plaintiff demands judgment against Defendant for the amounts due under the Policy, plus costs, prejudgment interest, and attorneys' fees pursuant to *Fla. Stat. 627.428* and any other source.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury for all issues so triable.

**DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516**

Pursuant to *Fla. R. Jud. Admin. 2.516,* Plaintiff hereby files its notice of designation of email address for the purpose of service of all documents in this proceeding: Main: service@vishioforry.com ; Secondary: pudouj@vishioforry.com.

        Respectfully submitted,
        **VishioForry Insurance Lawyers**

        /s/  Paul T. Udouj
        Paul T. Udouj, Esq.
        Fla. Bar. No. 1008102
        *Attorney for Plaintiff*
        1300 Goodlette-Franke Rd. N., Suite 202
        Naples, FL 34102
        (239) 703-7210
        Service at service@vishioforry.com
        pudouj@vishioforry.com