IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH & SARAH CALI,

      Plaintiff,

                           CASE NO.:  2:21-cv-00359-SPC-MRM

vs.

METROPOLITAN CASUALTY
INSURANCE COMPANY,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiffs, JOSEPH & SARAH CALI, (hereinafter collectively, "Plaintiff") and Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY (hereinafter "Defendant"), by and through their undersigned counsel, and hereby file this Joint Notice of Settlement to advise the Court that the parties to the above-captioned matter have reached a settlement agreement. The parties will file the appropriate dismissal upon confirmation that the terms of the settlement have been performed.

      Respectfully submitted this 18th day of May, 2022.

VISHIOFORRY INSURANCE
LAWYERS

/s/Paul T. Udouj, Esq. _____
Paul T. Udouj, Esq.
Fla. Bar 1008102
1300 Goodlette-Frank Road N., Suite 202
Naples, FL 34102

WHITTLE LAW, P.A.

/s/ Shirley W. Whittle, Esq.
Shirley W. Whittle, Esq.
Florida Bar No.:  611751
swhittle@whittlelaw.org
Secondary:    efiling@whittlelaw.com
9350 Bay Plaza Blvd., Suite 120-16

service@vishioforry.com
Attorneys for Plaintiff,
*Kleinberger Corporation a/a/o John
Joyce and Patricia Joyce*

Tampa, Florida 33619
Telephone: (813) 699-9951
Attorneys for Defendant,
*Metropolitan Casualty Insurance
Company*

2